ACCEPTED
01-15-00026-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 1:56:43 PM
CHRISTOPHER PRINI
CLERK

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 1:56:43 PM
CHRISTOPHER A. PRINE
Clerk

NO. 01-15-00026-CR

TRICIA GILFORD
Appellant

VS.

THE STATE OF TEXAS
Appellee

COUNSEL'S MOTION TO WITHDRAW

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES THOMAS J. BURBANK, Attorney at Law, who is the attorney of record for the Appellant, TRICIA GILFORD, and respectfully requests that he be allowed to withdraw from that representation, and would show as follows, to-wit:

I.

Counsel was appointed to represent Appellant, TRICIA GILFORD. Counsel did not represent Appellant at the proceeding for which this appeal pertains.

## II.

Appellant, TRICIA GILFORD, timely filed a Notice of Appeal. Appellant has subsequently filed with this Court an Appellate Brief, pursuant to <u>Anders v California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 493 (1967). As counsel believes there are no meritorious issues for appeal, there is no need for continued representation by counsel.

## III.

Attached hereto as Exhibit A is a copy of a letter sent by Certified Mail, Return Receipt Requested, to Appellant by Counsel simultaneously with the filing of the Appellant's Brief. The letter informs Appellant of his right to request the record, to file a <u>pro se</u> Brief, and to seek an extension of time to do so.

Respectfully submitted,

By: /s/ *Thomas J. Burbank*
Thomas J. Burbank
2 Acadiana Court
Beaumont, TX 77706
409/895-0200
FAX 409/895-0080
State Bar No. 03355340
burbank_hamm@yahoo.com
ATTORNEY FOR DEFENDANT/APPELLANT
TRICIA GILFORD

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Counsel's Motion to Withdraw has been served to the following parties on this the 3rd day of March, 2015.

/s/ *Thomas J. Burbank*
Thomas J. Burbank


Christopher A. Prine
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

Mr. Waylyn Thompson
Assistant District Attorney
1001 Pearl Street
Beaumont, TX 77701

Tricia Gilford
#1973661
Lucille Plane State Jail
904 FM 686
Dayton, Texas 77353

EXHIBIT "A"

# B

## BURBANK LAW FIRM

Thomas J. Burbank, P.C.

2 Acadiana Court, Beaumont, Texas 77706
(409)895-0200   Fax (409)895-0080
burbank_hamm@yahoo.com

March 3, 2015

Re:  Court of Appeals No. 01-15-00026-CR
     Trial Court No. 13-15953; State vs. Tricia Gilford

_____

**VIA CERTIFIED MAIL RRR**
Tricia Gilford
#1973661
Lucille Plane State Jail
904 FM 686
Dayton, Texas 77353

Dear Ms. Gilford:

Enclosed you will find the Appellant's Brief which has been filed on your behalf this date.  You will note that the Brief indicates to the Court of Appeals that there are no issues that would require the Court to reverse your conviction or sentence.  I carefully read, reviewed and researched the case.

I filed the appeal because I have an obligation to do so when a defendant requests that his case be appealed.  However, I also have an obligation to the Court not to make frivolous arguments.  United States v Burleson, No. 93-2619 (5th Cir. 1994); United States v Cruz, No. 92-2631 (5th Cir. 1994).

You have a copy of the clerk's record and reporter's record in your case that I have previously sent to you.  If you disagree with my opinion and the Appellant's Brief, you may file a Pro Se Brief on your own.  You may also request an extension of time to file such Brief.  To make such a request, you should contact the Clerk of the Court of Appeals for the **First District by writing to Mr. Christopher A. Prine, Deputy Clerk, Court of Appeals, First District, 301 Fannin Street, Houston, Texas 77002-2066.**

Please be advised that the Clerk does not provide you with a copy of the court's record but will assist you in getting access to the record. Further, I am enclosing our Counsel's Motion to Withdraw which I have filed with the Court of Appeals in this matter. You also have the right to file a pro se response to the Motion to Withdraw.

Finally, once this Court has rendered an opinion in your case, they should notify you and me of their decision. It is important to remember that if you do not agree with their ruling, you have a right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. You have **thirty (30) days** to file the discretionary review petition, so time is of the essence.

If there are any questions, please feel free to write. I will assist you if I can.

Respectfully,

Thomas J. Burbank

TJB/cjc
Enclosures